**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| MATTHEW SLATE,<br><br>   Plaintiff,<br><br>v.<br><br>DOMINION DENTAL SERVICES, INC., DOMINION DENTAL USA, INC., DOMINION DENTAL SERVICES USA, INC., DOMINION NATIONAL INSURANCE CO., DOMINION DENTAL SERVICES OF NEW JERSEY, INC., CAPITAL BLUECROSS, CAPITAL ADVANTAGE INSURANCE CO., and AVALON INSURANCE CO.<br><br>   Defendants. | CASE NO. 1:19-CV-01063-LMB |

## JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Mark Bradley and Matthew Slate hereby appeal to the United States Court of Appeals for the Fourth Circuit from each and every part of the district court's Order entered January 17, 2020 in *Bradley v. Dominion Dental Services, Inc.*, Case No. 1:19-cv-01199-LMB, Dkt. 10 (E.D. Va. Jan. 17, 2020) and *Slate v. Dominion Dental Services, Inc.*, Case No. 1:19-cv-01063-LMB, Dkt. 23 (E.D. Va. Jan. 17, 2020), granting Defendants' Motion to Dismiss, which was filed and briefed in the previously consolidated litigation, *In re: Dominion Dental Services USA, Inc. Data Breach Litig.*, 1:19-cv-1050-LMB-MSN (E.D. Va.). Plaintiffs Bradley and Slate submit this joint notice of appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1).

DATED: January 29, 2020 Respectfully submitted,

By: */s/ Bernard J. DiMuro*
Bernard J. DiMuro, Esq. (VSB No. 18784)
**DIMURO GINSBERG, P.C.**
1101 King Street, Suite 610
Alexandria, Virginia 23314
Tel.: (703) 684-4333
Email: bdimuro@dimuro.com

*Plaintiffs' Liaison Counsel*

Kim D. Stephens (*pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 682-5600
kstephens@tousley.com

Barrett J. Vahle (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel.: (816) 714-7100
vahle@stuevesiegel.com

*Plaintiffs' Co-Lead and Interim Class Counsel*

Swathi Bojedla (*pro hac vice*)
**HAUSFELD LLP**
1700 K Street NW, Suite 650
Washington, DC 20006
Tel.: (202) 540-7200
sbojedla@hausfeld.com

Thiago M. Coelho (*pro hac vice*)
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel.: (213) 381-9988
thiago@wilshirelawfirm.com

Andrew N. Friedman (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

2

Tel.: (202) 408-4600
afriedman@cohenmilstein.com

Mark S. Goldman (*pro hac vice*)
**GOLDMAN, SCARLATO & PENNY P.C.**
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Tel.: (484) 342-0700
goldman@lawgsp.com

Matthew D. Schultz (*pro hac vice*)
**LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.**
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
Tel.: (850) 435-7000
mschultz@levinlaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                              */s/ Bernard J. DiMuro*
                                            Bernard J. DiMuro, Esq. (VSB No. 18784)